Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Walker<br>a/k/a J<br><br>*Defendant* | )<br>)<br>) Case No.  3:21-cr-36-07<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jonathan Walker
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Distribution of a Controlled Substance (Fentanyl Mixture)
Possession with Intent to Distribute a Controlled Substance (Fentanyl Mixture)
Aiding and Abetting

Date:  02/18/2021

City and state:   Fargo, ND

/s/ Shantel Jagol
*Issuing officer's signature*

Shantel Jagol, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)*  02/25/21 , and the person was arrested on *(date)*  02/25/21
at *(city and state)*   Bismarck, ND

Date:   02/25/21

*Arresting officer's signature*  /355

Officer Thomas Grosz
*Printed name and title*

AO 442 (Rev 10/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____