IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN WALKER,<br><br>    Defendant. | Case No. 3:21-cr-36<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RELEASE** |

The United States of America, by Nicholas W. Chase, Acting United States Attorney, and Dawn Deitz and Alex Stock, Assistant United States Attorneys, does not object to Defendant's Motion for Release. The United States consulted with U.S. Probation, and they are also in agreement with the proposed change in custody status.

Dated: May 19, 2021

                                      NICHOLAS W. CHASE
                                      Acting United States Attorney

By:    */s/ Dawn M. Deitz*
          DAWN M. DEITZ
          Assistant United States Attorney
          ND Bar ID 06534
          655 First Avenue North, Suite 250
          Fargo, ND  58102-4932
          (701) 297-7400
          dawn.deitz@usdoj.gov

By:    */s/ Alexander J. Stock*
          ALEXANDER J. STOCK
          Assistant United States Attorney
          ND Bar ID 07979
          655 First Avenue North, Suite 250
          Fargo, ND  58102-4932
          (701) 297-7400
          alexander.stock@usdoj.gov
          Attorneys for United States